# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRELL DEARSE,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 70981

FILED

DEC 1 3 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order releasing medical records. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from an order releasing medical records, we lack jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                                                   , C.J.
                              Parraguirre

               , J.                              , J.
Hardesty                                  Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Douglas Smith, District Judge
Terrell Dearse
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A